UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------X
JOHN DOE,                                               :    Civ. Action No.: 14-CV-30143

              **Plaintiff,**                  :

              -against-                   :

UNIVERSITY OF MASSACHUSETTS    :
AMHERST,

              **Defendant.**                :

-----------------------------------------------------------X

## PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

Now comes the Plaintiff in the above captioned matter and request that this Honorable Court grant him:

(1) leave to proceed in this action under the pseudonym John Doe;

(2) an order prohibiting the Defendant or its agents from disclosing Plaintiff's identity to any third party other that what is necessary to defend against this action;

(3) an order that any third party receiving disclosure per the above paragraph (2), or otherwise, be prohibited from disclosing Plaintiff's identity to any other third party, and be provided with a copy of this court's order not to identify Plaintiff unless necessary to the defense of this action; and

(4) an order that any document filed in connection with this action must be redacted to exclude all personal identifiers consistent with the above requested order and the Fed. R. Civ. P.

Dated: August 6, 2014

        Respectfully submitted,

        NESENOFF & MILTENBERG, LLP
        *Attorneys for Plaintiff*

        By: _____
        Andrew T. Miltenberg, Esq. (*pro hac vice* pending)
        Kimberly C. Lau, Esq. (*pro hac vice* pending)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        klau@nmllplaw.com
        amiltenberg@nmllplaw.com

        -and-

        local counsel for plaintiff,

        Matthew T. McDonough Attorney At Law
        Matthew T. McDonough, Esq.
        482 Broadway
        Somerville, MA 02145
        BBO#:665857
        Tel: (617) 702-4012
        matthew@mcdonough-law.net

        *Attorneys for Plaintiff John Doe*