# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Doe John
　　　　　　　Plaintiff

V.

University of Massachusetts-Amherst
　　　　　　　Defendant

CIVIL ACTION

NO. 3:14-cv-30143-MGM

## JUDGMENT

Mastroianni, D. J.

In accordance with the Court's Memorandum and Order dated 7/14/2015 (Docket No. 50), granting [17, 45] Defendant's Motion to Dismiss for Failure to State a Claim in the above-entitled action, it is hereby ORDERED:

Judgment for the Defendant.

By the Court,

6/6/2016　　　　　　　　　　　　　　/s/ Mariliz Montes
　Date　　　　　　　　　　　　　　　　Deputy Clerk