# United States Court of Appeals
## For the First Circuit

No. 15-1856

JOHN DOE

Plaintiff - Appellant

v.

UNIVERSITY OF MASSACHUSETTS-AMHERST

Defendant - Appellee

**JUDGMENT**

Entered: November 4, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Elise Busny
Kimberly C. Lau
Denise Barton