# United States Court of Appeals
## For the First Circuit

No. 15-1856

JOHN DOE

Plaintiff - Appellant

v.

UNIVERSITY OF MASSACHUSETTS-AMHERST

Defendant - Appellee

**MANDATE**

Entered: November 4, 2016

    In accordance with the judgment of November 4, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Denise Barton
Elise Busny
Kimberly C. Lau